# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AEL FINANCIAL, LLC, an Illinois limited liability company v. CITY AUTO PARTS OF DURHAM, INC. D/B/A CITY AUTO SALVAGE CITY, a North Carolina corporation, JOSEPH R. GUARGLIA, SR AND JOSEPH R. GUARGLIA, JR. | FILED: JUNE 18, 2008 08CV3490 JUDGE DOW JR. MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff      PH

| | |
|---|---|
| **NAME** (Type or print) Brian Ira Tanenbaum | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Brian Ira Tanenbaum | |
| **FIRM** The Law Offices of Brian Ira Tanenbaum, Ltd. | |
| **STREET ADDRESS** 2970 Maria Avenue, Suite 207 | |
| **CITY/STATE/ZIP** Northbrook, IL 60062 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 6181447 | **TELEPHONE NUMBER** 847-562-1636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |