## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3490     Assigned/Issued By: j. n.

Judge Name: dow jr.     Designated Magistrate Judge: mason

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP      ☐ No Fee   ☐ Other ____
             ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 2867161

Date Payment Rec'd: 6-18-08     Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons                          ☐ Alias Summons
☐ Third Party Summons              ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                   ☐ Other ____
☐ Writ ____
   *(Type of Writ)*                *(Type of issuance)*

3 Original and 0 copies on 6-18-08 as to all defendants
                        *(Date)*