**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|   |   |   |
|---|---|---|
| **AEL FINANCIAL, LLC, an Illinois limited liability company,** | ) ) ) ) | **Case No. 08-cv-3490** |
| **Plaintiff,** | ) ) ) | **Judge Robert Dow, Jr.** <br> **Magistrate Judge Mason** |
| **v.** | ) ) | |
| **CITY AUTO PARTS OF DURHAM, INC. D/B/A CITY AUTO SALVAGE CITY, a North Carolina corporation, JOSEPH R. GUARGLIA, SR. and JOSEPH R. GUARGLIA, JR.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**DESIGNATION OF LOCAL COUNSEL**

NOW COMES Carlos E. Mahoney, pursuant to LR 83.15, and hereby designates as local counsel the following member of the bar of this Court who has an office within this District upon whom service of papers may be made:

> Robert S. Bell, Jr.
> Attorney At Law
> 2200 West Higgins, Suite 155
> Hoffman Estates, IL 60195
> Telephone: (847) 519-0010
> Fax: (847) 519-0016
> rsbelljr@sbcglobal.net

This the 22nd day of July, 2008.

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants
Pending Approval by the Court of Counsel's
Motion for Leave to Appear *Pro Hac Vice*

Robert S. Bell, Jr.
Attorney At Law
2200 West Higgins, Suite 155
Hoffman Estates, IL 60195
Telephone: (847) 519-0010
Fax: (847) 519-0016
rsbelljr@sbcglobal.net
Local Counsel for Defendants

**CERTIFICATE OF SERVICE**

I, Carlos E. Mahoney, hereby certify that on July 22, 2008, I electronically filed the foregoing document entitled, **Designation of Local Counsel,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in this action.

                        Respectfully submitted,

                        /s/ Carlos E. Mahoney
                        Carlos E. Mahoney
                        Counsel for Defendants
                        Glenn, Mills, Fisher & Mahoney, P.A.
                        P. O. Drawer 3865
                        Durham, North Carolina 27702-3865
                        Telephone: (919) 683-2135
                        Fax: (919) 688-9339
                        cmahoney@gmf-law.com
                        N.C. State Bar No. 26509