**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:   08CV3490

AEL FINANCIAL, LLC v.

CITY AUTO PARTS OF DURHAM, INC. *et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CITY AUTO PARTS OF DURHAM, INC., JOSEPH R. GUARGLIA, SR. and JOSEPH R. GUARGLIA, JR.

| NAME (Type or print) |
| --- |
| Robert S. Bell, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ [signature] |
| FIRM |
| Law Offices of Cary J. Collins, P.C./Robert S. Bell, Jr., P.C. |
| STREET ADDRESS |
| 2200 West Higgins Road, Suite 145, Hoffman Estates, IL 60169 |
| CITY/STATE/ZIP |
| Hoffman Estates, IL 60169 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3124019 | 847-519-0010 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") |
| --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL          APPOINTED COUNSEL |

FILED
JUL 2 5 2008
JUL 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT