# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

AEL Financial, LLC

Plaintiff,

v.

Case No.: 1:08–cv–03490
Honorable Robert M. Dow Jr.

City Auto Parts of Durham, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION of Carlos Mahoney for Leave to Appear Pro Hac Vice [11] Filing fee $ 50, receipt number 07520000000002952284. is granted.mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.