IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AEL FINANCIAL, LLC, an Illinois limited liability company, | Case No. 08-cv-3490 |
| Plaintiff, | Judge Dow, Jr.<br>Magistrate Judge Mason |
| v. | |
| CITY AUTO PARTS OF DURHAM, INC. D/B/A CITY AUTO SALVAGE CITY, a North Carolina corporation, JOSEPH R. GUARGLIA, SR. and JOSEPH R. GUARGLIA, JR., | |
| Defendants. | |

## UNCONTESTED MOTION BY DEFENDANTS TO EXCUSE LEAD COUNSEL FROM APPEARING AT THE INITIAL STATUS HEARING

NOW COME Defendants City Auto Parts of Durham, Inc., Joseph R. Guarglia, Sr., and Joseph R. Guarglia, Jr., by and through the undersigned counsel, and hereby move the Court to issue an Order permitting Defendants' lead counsel, Carlos E. Mahoney, to be excused from appearing at the initial status hearing set for September 2, 2008 at 9:00 a.m. on the grounds that Mr. Mahoney is scheduled to be out of the country on a family vacation that was arranged in January, 2008.  Counsel for Plaintiff does not oppose this Motion and Defendants' local counsel will appear at the initial status hearing.

In support of this Motion, Defendants show as follows:

1. Plaintiff's action is based upon diversity of citizenship jurisdiction.  Defendants are citizens of North Carolina and Plaintiff's members are citizens of Illinois.

2. Defendants are represented in this matter by Carlos E. Mahoney, a North Carolina attorney, and by Robert S. Bell, Jr., an Illinois attorney. This Court has granted Mr. Mahoney permission to appear *pro hac vice* in this action. Mr. Mahoney is acting as lead counsel and Mr. Bell is acting as local counsel.

3. The initial status hearing is scheduled to occur on September 2, 2008 at 9:00 a.m.

4. Mr. Mahoney is scheduled to be out of the country on a family vacation from August 29, 2008 through September 6, 2008. Mr. Mahoney's family vacation was arranged in January, 2008.

5. Before going on vacation, Mr. Mahoney intends to finalize the joint status report with opposing counsel and to fully advise Defendants' local counsel about the nature of the case; the factual and legal issues; the possibility of settlement; the nature and length of discovery that will need to be completed; and, potential motions to be filed.

6. Mr. Bell will be present at the initial status hearing on September 2, 2008.

7. Counsel for Plaintiff does not oppose this Motion.

WHEREFORE, Defendants request that the Court issue an Order allowing Defendants' lead counsel, Carlos E. Mahoney, to be excused from appearing at the initial status conference or, in the alternative, permitting Mr. Mahoney to appear by telephone, and allowing such further relief as may be just and proper.

This the 12th day of August, 2008.

                          /s/ Carlos E. Mahoney
                          Carlos E. Mahoney
                          Glenn, Mills, Fisher & Mahoney, P.A.
                          P. O. Drawer 3865
                          Durham, North Carolina 27702-3865
                          Telephone: (919) 683-2135
                          Fax: (919) 688-9339
                          cmahoney@gmf-law.com
                          N.C. State Bar No. 26509
                          Counsel for Defendants, appearing *pro hac vice*

                          Robert S. Bell, Jr.
                          Law Offices of Cary J. Collins, P.C.
                          2200 West Higgins Road, Suite 155
                          Hoffman Estates, IL 60195
                          Telephone: (847) 519-0010
                          Fax: (847) 519-0016
                          rsbelljr@sbcglobal.net
                          Local Counsel for Defendants

**CERTIFICATE OF SERVICE**

I, Carlos E. Mahoney, hereby certify that on August 12, 2008, I electronically filed the foregoing document entitled, **Uncontested Motion by Defendants To Excuse Lead Counsel from Appearing at the Initial Status Hearing,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in this action.

Respectfully submitted,

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants, appearing *pro hac vice*