# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **AEL FINANCIAL, LLC, an Illinois limited liability company,** ) ) ) | **Case No. 08-cv-3490** |
| ) | **Judge Dow, Jr.** |
| **Plaintiff,** ) | **Magistrate Judge Mason** |
| ) | |
| **v.** ) | |
| ) | |
| **CITY AUTO PARTS OF DURHAM, INC. D/B/A CITY AUTO SALVAGE CITY, a North Carolina corporation, JOSEPH R. GUARGLIA, SR. and JOSEPH R. GUARGLIA, JR.,** ) ) ) ) ) | |
| ) | |
| **Defendants.** ) ) | |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES City Auto Parts of Durham, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby discloses that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

This the 12th day of August, 2008.

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants, appearing *pro hac vice*

Robert S. Bell, Jr.
Law Offices of Cary J. Collins, P.C.
2200 West Higgins Road, Suite 155
Hoffman Estates, IL 60195
Telephone: (847) 519-0010
Fax: (847) 519-0016
rsbelljr@sbcglobal.net
Local Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Carlos E. Mahoney, hereby certify that on August 12, 2008, I electronically filed the foregoing document entitled, **Corporate Disclosure Statement,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in this action.

Respectfully submitted,

 /s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants, appearing *pro hac vice*