IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **AEL FINANCIAL, LLC,** an Illinois limited liability company, | )<br>)<br>)<br>) | Case No. 08-cv-3490 |
|  | ) | Judge Dow, Jr. |
| **Plaintiff,** | ) | Magistrate Judge Mason |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **CITY AUTO PARTS OF DURHAM, INC. D/B/A CITY AUTO SALVAGE CITY,** a North Carolina corporation, **JOSEPH R. GUARGLIA, SR.** and **JOSEPH R. GUARGLIA, JR.,** | )<br>)<br>)<br>)<br>) |  |
|  | ) |  |
| **Defendants.** | ) |  |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, August 27, 2008 at 9:15 a.m., Defendants, by and through their counsel, shall appear before Judge Robert M. Dow, Jr. in Courtroom #1919 at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 to present the Uncontested Motion by Defendants to Excuse Lead Counsel from Appearing at the Initial Status Hearing [DE #16].

This the 20th day of August, 2008.

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants, appearing *pro hac vice*

        Robert S. Bell, Jr.
        Law Offices of Cary J. Collins, P.C.
        2200 West Higgins Road, Suite 155
        Hoffman Estates, IL 60195
        Telephone: (847) 519-0010
        Fax: (847) 519-0016
        rsbelljr@sbcglobal.net
        Local Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Carlos E. Mahoney, hereby certify that on August 20, 2008, I electronically filed the foregoing document entitled, **Notice of Motion,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in this action.

        Respectfully submitted,

        /s/ Carlos E. Mahoney
        Carlos E. Mahoney
        Glenn, Mills, Fisher & Mahoney, P.A.
        P. O. Drawer 3865
        Durham, North Carolina 27702-3865
        Telephone: (919) 683-2135
        Fax: (919) 688-9339
        cmahoney@gmf-law.com
        N.C. State Bar No. 26509
        Counsel for Defendants, appearing *pro hac vice*