IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AEL FINANCIAL, LLC, an Illinois limited liability company, | ) ) ) Case No. 08-cv-3490 |
| Plaintiff, | ) ) Judge Dow, Jr. ) Magistrate Judge Mason |
| v. | ) ) |
| CITY AUTO PARTS OF DURHAM, INC. D/B/A CITY AUTO SALVAGE CITY, a North Carolina corporation, JOSEPH R. GUARGLIA, SR. and JOSEPH R. GUARGLIA, JR., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' UNCONTESTED MOTION TO CONTINUE THE INITIAL STATUS HEARING

NOW COME Defendants City Auto Parts of Durham, Inc., Joseph R. Guarglia, Sr., and Joseph R. Guarglia, Jr., by and through the undersigned counsel, and hereby move the Court to issue an Order continuing the initial status hearing from September 2, 2008 to either September 9, 10, 11, or 16, 2008, in the event that the Uncontested Motion by Defendants to Excuse Lead Counsel from Appearing at the Initial Status Hearing [DE 16] is denied. In support of this Motion, Defendants show as follows:

1. The initial status hearing is scheduled to occur on September 2, 2008 at 9:00 a.m.

2. Defendants' lead counsel, Carlos E. Mahoney is scheduled to be out of the country on a vacation with his wife from August 29, 2008 through September 6, 2008. Mr. Mahoney's vacation was arranged in January, 2008.

    3.      Mr. Mahoney can appear in court on either September 9, 10, 11, or 16 for the status conference if his physical presence is required.

    4.      Counsel for Plaintiff does not object to this Motion.

WHEREFORE, in the event that the Court denies the Uncontested Motion by Defendants to Excuse Lead Counsel from Appearing at the Initial Status Hearing, Defendants request that the Court issue an Order continuing the initial status hearing from September 2, 2008 to either September 9, 10, 11, or 16, 2008, and granting such further relief as may be just and proper.

This the 21st day of August, 2008.

/s/ Carlos E. Mahoney  
Carlos E. Mahoney  
Glenn, Mills, Fisher & Mahoney, P.A.  
P. O. Drawer 3865  
Durham, North Carolina 27702-3865  
Telephone: (919) 683-2135  
Fax: (919) 688-9339  
cmahoney@gmf-law.com  
N.C. State Bar No. 26509  
Counsel for Defendants, appearing *pro hac vice*

Robert S. Bell, Jr.  
Law Offices of Cary J. Collins, P.C.  
2200 West Higgins Road, Suite 155  
Hoffman Estates, IL 60195  
Telephone: (847) 519-0010  
Fax: (847) 519-0016  
rsbelljr@sbcglobal.net  
Local Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Carlos E. Mahoney, hereby certify that on August 21, 2008, I electronically filed the foregoing document entitled, **Defendants' Uncontested Motion to Continue the Initial Status Hearing,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in this action.

    Respectfully submitted,

    /s/ Carlos E. Mahoney
    Carlos E. Mahoney
    Glenn, Mills, Fisher & Mahoney, P.A.
    P. O. Drawer 3865
    Durham, North Carolina 27702-3865
    Telephone: (919) 683-2135
    Fax: (919) 688-9339
    cmahoney@gmf-law.com
    N.C. State Bar No. 26509
    Counsel for Defendants, appearing *pro hac vice*