**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AEL FINANCIAL, LLC, an Illinois**<br>**limited liability company,** | ) ) ) | **Case No. 08-cv-3490** |
| | ) | **Judge Dow, Jr.** |
| **Plaintiff,** | ) | **Magistrate Judge Mason** |
| | ) | |
| **v.** | ) ) | |
| **CITY AUTO PARTS OF DURHAM, INC.**<br>**D/B/A CITY AUTO SALVAGE CITY,**<br>**a North Carolina corporation,**<br>**JOSEPH R. GUARGLIA, SR. and**<br>**JOSEPH R. GUARGLIA, JR.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, August 27, 2008 at 9:15 a.m., Defendants,

by and through their counsel, shall appear before Judge Robert M. Dow, Jr. in Courtroom #1919

at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois

60604 to present Defendants' Uncontested Motion to Continue the Initial Status Hearing.

This the 21st day of August, 2008.

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants, appearing *pro hac vice*

Robert S. Bell, Jr.
Law Offices of Cary J. Collins, P.C.
2200 West Higgins Road, Suite 155
Hoffman Estates, IL 60195
Telephone: (847) 519-0010
Fax: (847) 519-0016
rsbelljr@sbcglobal.net
Local Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Carlos E. Mahoney, hereby certify that on August 21, 2008, I electronically filed the

foregoing document entitled, **Notice of Motion,** with the Clerk of Court for the Northern District

of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in

this action.

Respectfully submitted,

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants, appearing *pro hac vice*