UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

AEL Financial, LLC
                                          Plaintiff,

v.                                                               Case No.: 1:08−cv−03490
                                                                         Honorable Robert M. Dow Jr.

City Auto Parts of Durham, Inc., et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Uncontested motion by defendants to excuse lead counsel, Carlos E. Mahoney, from appearing at the intitial status hearing set for 9/2/08 at 9:00a.m., is granted. Notice of Motion date of 8/27/08 is stricken and no appearances are necessary on 8/27/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.