## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv3490                          Assigned/Issued  By: j. n.

Judge Name:                                    Designated Magistrate Judge:

---

### FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                      ☐ Alias Summons

☑ Third Party Summons                          ☐ Lis Pendens

☐ Non Wage Garnishment Summons                 ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons           _____
                                               _____
☐ Citation to Discover Assets                  *(Victim, Against and $ Amount)*

☐ Writ _____                   ☐ Other
        *(Type of Writ)*                        _____
                                               _____
                                               *(Type of issuance)*

4___ Original and 0_____ copies on 8-22-08_____ as to all defendants_____
                                      *(Date)*

_____

_____