UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

AEL Financial, LLC
                                    Plaintiff,
v.                                                    Case No.: 1:08−cv−03490
                                                      Honorable Robert M. Dow Jr.
City Auto Parts of Durham, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 9/2/2008. Parties to serve their initial disclosures under Rule 26(a)(l) by 10/1/08; All motions to amend the pleadings shall be by filed by 2/2/09; All written discovery request to be served by 3/13/09; and All discovery to be completed by 4/15/09. Status hearing set for 12/17/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.